KAROLINE HACHEMEISTER, Respondent, *v.* ELIZABETH JETTER et al., Appellants, Impleaded with Another.

*Hachemeister* v. *Hachemeister*, 122 App. Div. 889, affirmed.
(Argued December 1, 1909; decided December 17, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action of foreclosure.

*Maxwell C. Katz* and *Otto C. Sommerich* for appellants.

*J. Aspinwall Hodge* and *Samuel Cohn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.